UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 23-122 PA | Date | March 24, 2023 |
|---|---|---|---|
| Title | In re Jamie Lynn Gallian | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Kamilla Sali-Suleyman | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**      IN CHAMBERS - COURT ORDER

On January 25, 2023, this Court issued a Notice Regarding Appeal from Bankruptcy Court. The Notice provides:

> Each party must comply with all applicable rules of the Federal Rules of Bankruptcy Procedure. As provided in said rules, within fourteen days after filing the notice of appeal, Appellant must file the following with the Clerk of the Bankruptcy Court:
>
> A designation of record
> A statement of issues on appeal
> A notice regarding the ordering of transcripts
>
> If the Appellee desires to designate further portions of the record, Appellee must file in the Bankruptcy Court within fourteen days after service of Appellant's designation a supplemental designation of record, supplemental statement of issues, and/or a notice regarding additional transcripts. . . .

The Notice also warns the parties: "The failure of either party to comply with time requirements as stated in this notice and applicable rules may result in the dismissal of the appeal or the right to oppose the appeal."

Appellant filed her Notice of Appeal on January 20, 2023. Although the Bankruptcy Court's docket appears to indicate that Appellant filed a Notice of Transcript(s) Designated for an Appeal indicating that Appellant does not intend to designate any transcripts, it appears that Appellant has not filed either a designation of record or a statement of issues on appeal. Accordingly, the Court hereby orders Appellant to show cause why this appeal should not be dismissed for failure to comply with the Court's January 25, 2023 order. Appellant shall file a response to this Order to Show Cause no later than April 10, 2023. Failure to adequately

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 23-122 PA | Date | March 24, 2023 |
|---|---|---|---|
| Title | In re Jamie Lynn Gallian | | |

respond to this order may, without further warning, result in the dismissal of this appeal or the imposition of other sanctions. Appellee may, but is not required to, respond to this Order to Show Cause by no later than April 10, 2023.

   IT IS SO ORDERED.