JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE JAMIE LYNN GALLIAN,<br><br>Debtor. | District Court Case No.<br>8:23-cv-122 PA<br><br>Bankruptcy Court Case Nos.<br>8:21-bk-11710 SC<br>8:21-ap-1096 SC<br><br>ORDER DISMISSING BANKRUPTCY APPEAL |

In accordance with the Court's April 17, 2023 Minute Order dismissing this appeal for lack of prosecution and failure to comply with the Court's orders, it is HEREBY ORDERED, ADJUDGED, AND DECREED that the appeal is dismissed.

DATED: April 17, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE